# COURTROOM MINUTE SHEET
# SENTENCING PROCEEDINGS

Date September 20, 2012   Judge **Audrey G. Fleissig**   Case No. 4:12-cr-229 AGF

UNITED STATES OF AMERICA vs.   **Jeannine R. Buford**

Deputy Clerk K. Murdock          Court Reporter Patti Dunn Wecke
Assistant U.S. Attorney   Jennifer Roy
Defendant Attorney    Jeffrey Witt
Interpreter_____ Probation Officer  Eric Hansen

❑  **The Court orders that certain portions of this record are  SEALED.**

✖ Defendant/Parties present for imposition of sentence
❑ Plea Agreement adopted and accepted by the Court.
✖ No objections to Presentence Report filed by either party.
❑Objections to PSR filed by      ❑ Defendant      ❑ Government
    The Court   ❑overruled  ☐ granted   ❑government's objections
✖ Presentence Report adopted and accepted by the Court and is filed.
❑Downward departure motion filed by ❑Government ☐ Defendant
   The Court  ❑Granted   ☐ Denied    the motion for downward departure
✖ Sentence imposed (see Judgment In A Criminal Case)
❑Count(s)_____dismissed on motion of AUSA
❑Defendant **Remanded** to custody of the US Marshal.
✖Defendant granted a **Voluntary Surrender**  to the institution/USMS for incarceration
    as  notified by US Marshal Service      ☐ Surrender date_____
❑Defendant is released on Probation pending processing by USMS

✖_____
_____

✖Copy of Local Rule 12.07(A) re: Notice of Appeal given to defense counsel .

Defendant attorney present at _____
Proceedings commence    10:58 a.m.          Concluded   11:25 a.m.